# Appendix A

| **Description** | **Deadline** | |
| --- | --- | --- |
| | **Case 1:19-cv-06978** | **Case 1:20-cv-03958** |
| Ruling on ACCO's Pending Renewed Motion to Strike (1:19-cv-06978, D.I. 48) | At the Court's convenience | Not Applicable |
| Ruling on Think Products' Pending Renewed Motion to Deem Admitted (1:19-cv-06978, D.I. 56) | At the Court's convenience | Not Applicable |
| ACCO Answers Think Products' First Amended Complaint (1:19-cv-06978, D.I. 11) | 14 Days After the Court's Ruling on Motion to Strike (D.I. 48) | Not Applicable |
| Rule 26(f) Conference Report | (July 24, 2020) | November 6, 2020 |
| Initial Disclosures (LPR 2.1) (FRCP 26(a)(1)(c)) | (September 4, 2020) | November 23, 2020 |
| Initial Infringement Contentions (LPR 2.2) | (September 18, 2020) | December 7, 2020 |
| Initial Non-Infringement, Unenforceability, and Invalidity Contentions (LPR 2.3) and Document Production (LPR 2.4) | (October 2, 2020) | January 18, 2021 |
| Initial Response to Non-Infringement and Invalidity Contentions (LPR 2.5) | (October 16, 2020) | February 1, 2021 |
| Think Products to Serve Supplemental Infringement Contentions (1:19-cv-06978) | November 9, 2020 | Not Applicable |
| ACCO to Serve Supplemental Non-Infringement, Unenforceability, and Invalidity Contentions and Document Production (1:19-cv-06978) | November 30, 2020 | Not Applicable |

# Appendix A

| Description | Deadline | |
|---|---|---|
| | **Case 1:19-cv-06978** | **Case 1:20-cv-03958** |
| Think Products to Serve Response to Supplemental Non-Infringement and Invalidity Contentions (1:19-cv-06978) | December 14, 2020 | Not Applicable |
| Initial Infringement Contentions Narrowed to 10 Claims per Patent and 20 Claims Overall (LPR 3.1(a)(1)) | May 17, 2021 | May 17, 2021 |
| Final Infringement Contentions (LPR 3.1(a)(2)), Final Unenforceability and Invalidity Contentions (LPR 3.1(b)) and Document Production accompanying Final Invalidity Contentions (LPR 3.3) | June 1, 2021 | June 1, 2021 |
| Final Non-Infringement, Enforceability and Validity Contentions (LPR 3.2(a) and 3.2(b)) | June 28, 2021 | June 28, 2021 |
| Exchange Proposed Claim Terms to be Construed and Proposed Constructions. (LPR 4.1(a)) | July 12, 2021 | July 12, 2021 |
| Parties Meet and Confer and agree upon 10 Terms or Phrases for construction. (LPR 4.1(b)) | July 19, 2021 | July 19, 2021 |
| Fact Discovery Completed (LPR 1.3) | August 9, 2021 | August 9, 2021 |
| Opening Claim Construction Brief (LPR 4.2(a)) and Joint Appendix (LPR 4.2(b)) | August 30, 2021 | August 30, 2021 |
| Responsive Claim Construction Brief (LPR 4.2(c)) | September 27, 2021 | September 27, 2021 |
| Reply Claim Construction Brief (LPR 4.2(d)) | October 25, 2021 | October 25, 2021 |

# Appendix A

| Description | Deadline | |
|---|---|---|
| | **Case 1:19-cv-06978** | **Case 1:20-cv-03958** |
| Joint Claim Construction Chart and Joint Status Report (LPR 4.2(f)) | November 1, 2021 | November 1, 2021 |
| Claim Construction Hearing (LPR 4.3) | At the Court's convenience | At the Court's convenience |